IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH TERRELL RAMEY
ADC #087050                                                                                          PLAINTIFF

v.                                            4:25-cv-00408-JM-JJV

ERIC HIGGINS, Sheriff,
Pulaski County Regional Detention Facility; *et al.*                                     DEFENDANTS

**ORDER**

The Court has reviewed the Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD, along with careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction. (Doc. No. 4) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 17th day of June, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE